### 14427.   LEE v. METROPOLITAN LIFE INSURANCE CO.

BELL, J.  This case is controlled by the answers of the Supreme Court to questions certified.  See *Lee* v. *Metropolitan Life Ins. Co.,* 158 *Ga.* 517 (123 S. E. 737).

> *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*
> DECIDED JULY 14, 1924.

Action on life-insurance policy; from city court of Atlanta—
Judge Reid.　January 31, 1923.

*Key, McClelland & McClelland,* for plaintiff.

*Smith, Hammond & Smith,* for defendant.